UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA
               Petitioner

      v.                                  **Judgment in a Civil Case**

DAVID GOLDEN
               Respondent          Case Number: 5:10-HC-2175-BR

**Decision by Court.**

This action came before the Honorable W. Earl Britt, Senior United States District Judge, for a hearing on the Government's Certificate of Mental Disease or Defect and Dangerousness pursuant to 18 U.S.C. § 4246.

**IT IS ORDERED AND ADJUDGED** that the respondent be committed to the custody and care of the Attorney General pursuant to 18 U.S.C. § 4246.

This Judgment Filed and Entered on November 1, 2010, with service on:
David Huband, (via CM/ECF Notice of Electronic Filing)
Jane E. Pearce, (via CM/ECF Notice of Electronic Filing)
Record Center, FMC-Butner P.O. Box 1600, Butner, NC 27509 0(via U.S. Mail)

  November 1, 2010                                    /s/ Dennis P. Iavarone
                                                          Clerk